**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:                                                                                          CASE NO.: 21-13965
                                                                                                              **CHAPTER 13**

Rhonda L. Wimbish,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**10700 ABBOTT'S BRIDGE RD, SUITE 170**
**DULUTH, GA 30097**

                                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                     Authorized Agent for Secured Creditor
                                                     10700 Abbott's Bridge Rd, Suite 170
                                                     Duluth, GA 30097
                                                     Telephone: 470-321-7112

                                                     By: /s/Cristina DiGiannantonio
                                                           Cristina DiGiannantonio
                                                           Email: cdigiannantonio@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RHONDA L. WIMBISH
3514 WHITE CHAPEL RD.
BALTIMORE, MD 21215

And via electronic mail to:

JEFFREY M. SIRODY
JEFFREY M. SIRODY AND ASSOCIATES, P.A.
1777 REISTERSTOWN ROAD, SUITE 360 E
BALTIMORE, MD 21208

ROBERT S. THOMAS, II
300 E JOPPA ROAD, SUITE 409
TOWSON, MD 21286

By: /s/ Hauoli Smith-Lopez