UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br><br>**Rhonda L. Wimbish,**<br>**fka Rhonda L. Wimbish-Billips**<br>**Debtor(s).** | **CHAPTER 13**<br>**CASE NO.: 21-13965** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **Selene Finance LP as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**<br><br>                              Movant,<br><br>v.<br><br>**Rhonda L. Wimbish,**<br>**fka Rhonda L. Wimbish-Billips**<br>**Debtor(s),**<br>**Robert S. Thomas, II,**<br>      **Trustee,**<br><br>                    Respondents. | **FILED PURSUANT TO 11 U.S.C SECTIONS 362** |

## <u>MOTION SEEKING _IN REM_ RELIEF FROM THE AUTOMATIC STAY FOR DEBTOR</u>

Comes now Selene Finance LP as attorney in fact for U.S. Bank Trust National

Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition

Trust c/o U.S. Bank Trust National Association, (the "Movant"), a secured creditor, by Counsel, and moves this Honorable United States Bankruptcy Court for relief from the stay imposed by 11 U.S.C. Sections 362(a) and *in rem* relief pursuant to 11 U.S.C. 362(d) barring future filings for two (2) years regarding the real property located at 3514 White Chapel Road, Baltimore, MD 21215 (the "Property") owned by Rhonda L. Wimbish, fka Rhonda L. Wimbish-Billips ("Debtor") (collectively referred to as the "Debtors"), and in support thereof, states as follows:

1.      That this Motion is filed pursuant to 11 U.S.C. Section 362(c) and 1301, 105(a), 350(b) and 362(d) and Rules 4001, 5010, 9014 and 9024 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2.      That the Debtor instituted proceedings in this Court in this Chapter 13 proceeding on June 15, 2021, as Case No. 21-13965. Robert S. Thomas, II was appointed Chapter 13 Trustee.

3.      That the Movant is a secured creditor of the Debtor whose claim is based upon a certain Note dated December 16, 2005,  in the principal amount of $135,200.00 and executed by Rhonda L. Wimbish, fka Rhonda L. Wimbish-Billips ("Debtor"), the Debtors herein.  A true copy of said Note is attached hereto, marked as Exhibit A, and expressly made a part hereof.

4.      That Repayment of said Note is secured by that certain Deed of Trust dated December 16, 2005 and recorded in Book 08350 at Page 0204 among the land records of City of Baltimore, Maryland, which property is located at 3514 White Chapel Road, Baltimore, MD 21215.  A true copy of said Deed of Trust is attached hereto, marked as Exhibit B, and expressly made a part hereof.

5.      The total amount due from the Debtors as of June 28, 2021, including the unpaid balance  due pursuant to the terms of said Note, plus accruing interest, late charges, attorney's

fees, trustee's fees and costs and taxes and insurance, was approximately $270,315.95. A total debt/delinquency statement, marked as Exhibit C, is attached hereto and expressly made a part hereof.

6.      That pursuant to the provisions of 11 U.S.C. § 362, the filing of the Debtor's petition operated as an automatic stay against the Creditor's rights to proceed against the Debtor's property and the property of the Debtor's estate.

7.      That at the time of filing of Debtor's petition, the Debtor was the record owner(s) of the Property.

8.      That Debtors are in default. The Debtors are next due for August 1, 2011 payment and are in arrears for the amount of $177,758.98. A true copy of the Reinstatement Quote is attached hereto as Exhibit D, and made a part hereof.

9.      That the Debtor previously filed the following cases in this Bankruptcy Court:

        a.      Case No. 18-26791 (Chapter 13) – Filed on December 26, 2018, and dismissed on April 26, 2019 for other reason.

        b.      Case No. 20-13224 (Chapter 13) – Filed on March 11, 2020 and dismissed on September 8, 2020 for failure to file information.

10.     That the above pattern demonstrates a scheme by Debtors to delay, hinder and defraud Creditor, based on the Debtors' prior cases and existing case.

11.     The phased-in tax assessed value of property by the Maryland State Department of Assessment and Taxation as of January 1, 2020 is $140,900.00. A true copy of the R Maryland State Department of Assessment and Taxation assessment is attached hereto as Exhibit E, and made a part hereof.

12.     That by reason of the foregoing, the Movant lacks adequate protection for its security interest and is, and continues to be, irreparably harmed by the continuation of the stay of 11 U.S.C. Sections 362(a)  and that therefore cause exists for the termination thereof.

13.     That by reason of the foregoing, the Movant submits that, pursuant to 11 U.S.C. Sections 362(c)(3)(A) cause exists for termination of the automatic stay of based on repeat filings as more than thirty (30) days has passed from the original date of filing of this case on June 15, 2021, and it was filed within twelve (12) months of the prior dismissal of Debtor's bankruptcy petition No. 20-13224 on March 11, 2021.

14.  That the Movant is also seeking *in rem* relief under 11 U.S.C. § 362(d)(4) amounting to a two-year bar on future filings under this title by Debtor because of the number of unsuccessful filings, and based on their efforts seeking to forestall the Movant's ability to foreclose on the Property and to forestall possibly other creditors, as documented *supra*.

15.     That the Movant is seeking *in rem* relief with regards to the Property so that no future filings will result in a stay as to the subject Property such that the Movant will not be hindered from exercising its rights pursuant to the Deed of Trust securing the Property for a period of two (2) years.

WHEREFORE, the undersigned respectfully moves this Honorable United States Bankruptcy Court for an entry of an Order granting relief from stay pursuant to 11 U.S.C § 362(c) and for *in rem* relief pursuant to 11 U.S.C § 362(d) finding that the automatic stay will not go into effect for any future filing by the Debtors with respect to the real property located at 3514 White Chapel Road, Baltimore, MD 21215.

### <u>NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS</u>

The Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11).  These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

Respectfully submitted,

August 3, 2021

By:

/s/ Jason Murphy
Jason Murphy
MD Bar No. 14957
Robertson, Anschutz, Schneid Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Phone: (844) 442-2150, ext. 133
Fax: (240) 238-2767
Attorney for Movant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the  3rd day of August, 2021, a true copy of the foregoing Motion For Relief From Stay and *In Rem* Relief was mailed, first class, postage prepaid to:

Rhonda L. Wimbish                                    -      Debtor
3514 White Chapel Rd.
Baltimore, MD 21215

And electronically transmitted to:

Jeffrey M. Sirody                                       -      Counsel to Debtors
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Robert S. Thomas, II                                  -      Chapter 13 Trustee

300 E Joppa Road, Suite 409
Towson, MD 21286

/s/ Jason Murphy
Jason Murphy
jasmurphy@raslg.com