IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | Case no 21-13965 |
|    Rhonda Wimbish-Billips | * | Chapter 13 |
|       Debtor(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Selene Finance LP as attorney in fact
for U.S. Bank National Association
               Movant,
vs.

Rhonda Wimbish-Billips
      Debtor/Respondent,

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**RESPONSE TO MOTION FOR RELIEF FROM STAY TO RECLAIM SECURITY**

Now comes the Debtor (the "Respondent"), through attorney, Jeffrey M. Sirody, and responds to the *Motion For Relief From Stay to Reclaim Security* as follows:

    1)    The Debtor admits the allegations contained in Paragraphs 1 through 4,6,7,9 of the Motion.

    2)    The Debtor denies the allegations contained in Paragraph 10, 12, 14, 15, 15 of the Motion.

    3).    The Debtor neither admits nor denies the allegations contained in paragraphs 5, 8, 11 of the Motion.

WHEREFORE, the Debtor requests that the Court deny the Motion.

                                                  ___/s/ Jeffrey M. Sirody
                                                  Jeffrey M. Sirody, Bar ID # 11715
                                                  Jeffrey M. SIrody & Associates
                                                  1777 Reisterstown Road, Suite 360 E
                                                   Baltimore, MD 21208
                                                  (410) 415-0445
                                                  Attorney for Debtor/Respondent

## **CERTIFICATE OF MAILING**

`        I HEREBY CERTIFY that on this, the 5th day of August 2021 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Response to Motion For Relief From Stay to Reclaim Security* will be served electronically by the Court's CM/ECF system to the following:

Jason Murphy jasmurphy@raslg.com

Robert S. Thomas ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com


                                            ___/s/_____  
                                            Jeffrey M. Sirody, Esquire