**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>**Rhonda L. Wimbish,**<br>**fka Rhonda L. Wimbish-Billips**<br>    **Debor(s).** | **CHAPTER 13**<br>**CASE NO.: 21-13965** |
| **Selene Finance LP as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,**<br>                              Movant,<br>v.<br><br>**Rhonda L. Wimbish,**<br>**fka Rhonda L. Wimbish-Billips**<br>    **Debtor(s),**<br><br>**Robert S. Thomas, II,**<br>        **Trustee,**<br>                              Respondents. |  |

**NOTICE OF CONTINUANCE OF HEARING ON MOTION SEEKING IN REM**
**RELIEF FROM STAY TO OCTOBER 21, 2021 AT 10:00 A.M.**

The hearing scheduled for September 2, 2021 at 10:00 a.m. on Selene Finance LP as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's ("Secured Creditor") Motion Seeking In Rem Relief from Stay (Docket No. 18) is hereby continued to October 21, 2021, beginning at 10:00 am in Courtroom 9-C, United States Bankruptcy Court, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

By: /s/ Jason Murphy
Jason Murphy
MD Federal Bar No. 14957
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Phone: (844) 442-2150
Fax: (240) 238-2767
Email: jmurphy@raslg.com
*Attorney for Movant*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that September 15, 2021, a copy of the Notice of Continuance of Hearing on Motion for Relief from Stay has been served upon the following necessary parties in interest, via:

First call mail, postage pre-paid:

Rhonda L. Wimbish
3514 White Chapel Rd.
Baltimore, MD 21215
fka Rhonda L. Wimbish-Billips

And via electronic notice to:

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

        By: /s/ Jason Murphy
        Jason Murphy
        MD Federal Bar No.  14957
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        11900 Parklawn Drive, Suite 310
        Rockville, MD 20852
        Phone: (844) 442-2150
        Fax: (240) 238-2767
        Email: jmurphy@raslg.com
        *Attorney for Movant*