**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-13965** |
| | **CHAPTER 13** |
| **Rhonda L. Wimbish,** | |
|     **Debtor.** | |
| _____/ | |

## NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Docket Entry #18, Motion Seeking In Rem Relief from Stay and Notice of Motion, filed on August 3, 2021.**

    By: /s/ Katherine Loverde
    Katherine Loverde
    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Email: katloverde@raslg.com
    *Attorney for Movant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Rhonda L. Wimbish
3514 White Chapel Rd.
Baltimore, MD 21215

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

And via Electronic Mail to:

Gerard Richard Vetter
300 E Joppa Road, Suite 409
Towson, MD 21286

By: /s/ Katherine Loverde
Katherine Loverde
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Email: katloverde@raslg.com
*Attorney for Movant*