**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re:    RHONDA L. WIMBISH | * | Case No. 21-13965 MMH |
| Debtor | * | Chapter 13 |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 7-1**
**AS FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB,**
**D/B/A/CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS**
**TRUSTEE FOR PETRIUM MORTGAGE ACQUISITION TRUST**

Debtor Rhonda L. Wimbish ("Debtor"), by her undersigned counsel, objects to Proof of Claim #7-1 ("POC #7-1") as filed by Wilmington Savings Fund Society, FSB, d/b/a/ Christiana Trust, not individually, but as trustee for Petrium Mortgage Acquisition Trust ("Claimant") pursuant to 11 U.S.C. § 502, and in support states:

**NOTICE TO CLAIMANT**

**WITHIN THIRTY (30) DAYS OF THE DATE ON THE CERTIFICATE OF SERVICE OF THE OBJECTION, THE CLAIMANT MAY FILE AND SERVE A MEMORANDUM IN OPPOSITION, TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE THE CLAIMANT WISHES TO ATTACH IN SUPPORT OF ITS CLAIM, UNLESS THE CLAIMANT WISHES TO RELY SOLELY UPON THE PROOF OF CLAIM; AND AN INTERESTED PARTY MAY REQUEST A HEARING THAT WILL BE HELD AT THE COURT'S DISCRETION.**

1. On August 23, 2021, Claimant filed POC #7-1 in the secured amount of $280,068.56, including alleged pre-petition arrears of $171,215.40. Attached to and incorporated into POC #7-1 is a loan payment history from the first date of default to the filing of the instant case.

2. On November 1, 2021, Debtor submitted proof of payments she made to Claimant in 2020 and 2021 that are not reflected in POC #7-1. Debtor requested POC #7-1 be amended to reflect the payments for which she provided proof.

3. On January 12, 2022, Claimant responded with a payment table. However, the information in the payment table is not reflected in the loan history attached to POC #7-1.

4. Debtor cannot review the accuracy of POC #7-1.

5. As the veracity of POC #7-1 cannot be properly evaluated, POC #7-1 should be disallowed in its entirety.

WHEREFORE, Debtor Rhonda L. Wimbish respectfully requests that this Honorable Court disallow Proof of Claim #7-1 in its entirety, and any such other and further relief deemed appropriate.

Date: January 27, 2022

Respectfully submitted,

*/s/Jeffrey M Sirody*
Jeffrey M Sirody, Bar #11715
Jeffrey M. Sirody & Associates
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208
(410) 415-0445
smeyers@sirody.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- Gerard Vetter, Interim Chapter 13 Trustee efc@ch13balt.com
- Jason Murphy jasmurphy@raslg.com
    - Counsel for Wilmington Savings Fund Society, FSB, d/b/a/ Christiana Trust, not individually, but as trustee for Petrium Mortgage Acquisition Trust

I HEREBY FURTHER CERTIFY that on January 27, 2022, a copy of the foregoing was mailed first-class, postage prepaid to:

- Selene Finance, LP, 9990 Richmond Avenue, Suite 400 South, Attn: BK Dept, Houston, TX 77042

*/s/Jeffrey M Sirody*
Jeffrey M Sirody