Entered: February 3rd, 2022
Signed: February 3rd, 2022
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Rhonda L. Wimbish, | * | Case No. 21-13965 MMH |
| | * | Chapter 13 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE AND ORDER EXTENDING TIME TO FILE
### AMENDED CHAPTER 13 PLAN AND RESCHEDULING CONFIRMATION

This matter is before this Court in the above-captioned case on a Motion to Extend Time to File Plan (the "Motion"), filed by the above-captioned Debtor (the "Debtor") on January 1, 2022. ECF 36. By the Motion, the Debtor requests that this Court extend the time to file an Amended Chapter 13 Plan. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the time within which the Debtor shall file the Amended Chapter 13 Plan, is extended to on or before **March 4, 2022**; and it is further

**ORDERED**, that when the Amended Chapter 13 Plan is filed, the Debtor shall (1) certify service on all creditors, Chapter 13 Trustee, and interested parties of the Chapter 13 Plan (Local Form M-1) and (2) certify service on all creditors, Chapter 13 Trustee, and interested parties a copy of this Notice and Order Extending Time to File Amended Chapter 13 Plan and Rescheduling Confirmation Hearing; and it is further

**ORDERED**, that if an Amended Plan and a copy of this Notice and Order Extending Time to File Amended Chapter 13 Plan and Rescheduling Confirmation Hearing is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **April 13, 2022 at 2:00 p.m. by VIDEOCONFERENCE. Contact Case Trustee for Hearing Information,** Courtroom 9C, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland, 21201.

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc: Debtor
    Debtor's Counsel
    Chapter 13 Trustee
    U.S. Trustee
    All Creditors

**END OF ORDER**

(kgm)