IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re:   RHONDA L. WIMBISH | * | Case No. 21-13965  MMH |
| Debtor | * | Chapter 13 |

**MOTION TO WITHDRAW AND STRIKE
APPEARANCE OF JEFFREY M. SIRODY AS COUNSEL
FOR DEBTOR PURSUANT TO LOCAL RULE 9010-4(a)(1)**

NOW COMES Debtor's counsel, Jeffrey M. Sirody, Esq. and the Law Offices of Jeffrey M. Sirody & Associates, P.A. (collectively "Movants"), and in pursuit of an order withdrawing and striking the appearance of counsel and the law firm thereof as attorney for the Debtor, Rhonda L. Wimbish ("Debtor"), states as follows:

1. Debtor obtained new counsel Jill L. Phillips. Ms. Phillips entered her appearance in the instant case as counsel for Debtor on February 24, 2022, at Document #41.

2. Movants hereby request that their appearance as counsel for Debtor be stricken from this case.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court strike the appearance of Jeffrey M. Sirody, Esq. and the Law Offices of Jeffrey M. Sirody & Associates, P.A. as attorney for the Debtor in the instant case.

Respectfully submitted,

/s/Jeffrey M. Sirody
Jeffrey M. Sirody, Esq. 11715
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208
(410) 415-0445

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

Gerard R. Vetter, Interim Chapter 13 Trustee     ecf@ch13balt.com
Jill L. Phillips, Esq.     jp@phillipslaweast.com

I HEREBY FURTHER CERTIFY that on March 4, 2022, a copy of the foregoing was mailed first-class, postage prepaid to:

Rhonda L. Wimbish
3541 White Chapel Rd.
Baltimore, MD 21215

*/s/Jeffrey M Sirody*
Jeffrey M Sirody