UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>RHONDA L. WIMBISH<br>  FKA RHONDA L. WIMBISH-BILLIPS<br><br>Debtor | Chapter 13<br>Case No. 21-13965-MMH<br><br>Ref. Doc.## 44, 49 |

## LINE IN SUPPORT OF OBJECTION TO CONFIRMATION

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust ("Creditor") by its undersigned attorneys, Orlans PC, hereby submits this Line in support of its Objection to Confirmation of the Amended Chapter 13 Plan filed by the Debtor Rhonda L. Wimbish ("Debtor"), as follows:

1. On or about October 3, 2022, the mortgage servicer Selene Finance LP denied Debtor's application for a modification of the loan held by Creditor.

2. A copy of the mortgage servicer's letters dated October 4, 2022 and October 12, 2022 stating the denial of the loan modification application are attached hereto respectively as **Exhibit A and B,** and are incorporated herein by reference.

WHEREFORE, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust, by and through its attorneys prays that Confirmation be denied without leave to amend.

Date:  October 20, 2022

Respectfully submitted,

/s/ Elizabeth M. Abood-Carroll
James E. Clarke, Bar #15153
Elizabeth M. Abood-Carroll, Bar #20631
John E. Tarburton, Bar #26398
Paul J. Moran, Bar #19595
Colin Keith, Bar #22042
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
jclarke@orlans.com
eabood-carroll@orlans.com
jtarburton@orlans.com
pmoran@orlans.com
ckeith@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on October 20, 2022, copies of the foregoing Line in Support of Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Brian A. Tucci
300 E. Joppa Road
Suite 409
Towson, MD 21286
ECF@ch13balt.com
*Bankruptcy Trustee*

Jill L. Phillips
The Phillips Law Offices, LLC
6301 Ivy Lane Suite 700
Greenbelt, MD 20770
jp@phillipslaweast.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Line in Support of Objection to Confirmation to the following non-ECF participants:

Rhonda L. Wimbish
3514 White Chapel Road
Baltimore, MD 21215
*Debtor*

                                                        /s/ Elizabeth M. Abood-Carroll
                                                        James E. Clarke, Esquire
                                                        Elizabeth M. Abood-Carroll, Esquire
                                                        John E. Tarburton, Esquire
                                                        Paul J. Moran, Esquire
                                                        Colin Keith, Esquire