# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21–13965 – MMH**    Chapter: **13**

**Rhonda L. Wimbish,**
Debtor.

# NOTICE

PLEASE TAKE NOTICE that a Rescheduled Confirmation Hearing will be held

on 1/25/23 at 02:00 PM by videoconference. Contact case trustee for hearing information.

to consider and act upon the following:

67 – Amended Chapter 13 Plan. Amount of Payments per Month: $500, Number of Months:60, Filed by Rhonda L. Wimbish. (Attachments: # 1 Certificate of Service # 2 List of All Creditors)(Phillips, Jill)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/4/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 06/08/2020)