**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>**Rhonda L. Wimbish** | CASE NO.: 21-13965-MMH<br>CHAPTER 13 |

**REQUEST FOR SERVICE**

 **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor").  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

    Robertson, Anschutz, Schneid & Crane & Partners PLLC
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, Georgia  30097

     */s/ Gene Jung, Esq.*
    Gene Jung, Esq., MD Fed. Bar No. 14950
    (470) 321-7112
    gjung@raslg.com

## CERTIFICATE OF SERVICE

      I hereby certify that   January 23, 2023  , the following parties were served a copy of the foregoing notice in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

Jill L. Phillips, Esq.  
The Phillips Law Offices, LLC  
6301 Ivy Lane, Suite 700  
Greenbelt, MD 20770  
*Counsel for Debtor*

Brian A. Tucci  
300 E. Joppa Road  
Suite 409  
Towson, MD 21286  
*Chapter 13 Trustee*

<u>*Via* First Class Mail, Postage Prepaid</u>:

Rhonda L. Wimbish  
3514 White Chapel Rd.  
Baltimore, MD 21215  
*Debtor*

       */s/ Gene Jung*  
      Gene Jung