UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

In re:                                              :
                                                    :
RHONDA L. WIMBISH                                   :   Case No. 21-13965
                                                    :   Chapter 13
                            Debtor.                 :
                                                    :

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1.      (Select A, B, or C):

___     A.      This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix

__      B.      AMENDED PLANS ONLY INCREASING PAYMENTS:  The Amended Chapter 13 Plan filed herewith filed on , makes no changes from the last previously-filed plan other than to remove a check mark on the tax contribution and to change 3.1 to 3.2.  In such event, no service is required.

__X_    C.      ALL OTHER PLANS:  This is to certify that on February 14, 2023, I caused the Chapter 13 Plan filed herewith filed on February 14, 2023, to be served:

ECF:
Paul J Moran      ANHSOrlans@InfoEx.com, ecfaccount@orlans.com
Jason Murphy      jasmurphy@raslg.com
Jeffrey M. Sirody      smeyers5@hotmail.com, sirodyjr47896@notify.bestcase.com;nicole@sirody.com
Gerard Richard Vetter      ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com


By First Class Mail:

Attached list of creditors


2.      *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

        __ I caused the Chapter 13 Plan __ filed herewith / __ filed on _____, 20__, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3.

**Local Bankruptcy Form M**

State address served and method of service.  See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.  Attach separate sheets or repeat this paragraph for each such creditor served.

_____
Name of Creditor

_____            _____
Name served                                                      Capacity (Resident Agent, Officer, etc.)

_____
Address

_____
City, State, ZIP

Method of Service: _____

Date Served: _____

**AND** Select A or B:

A.       \_\_\_   A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B.       \_\_\_   No proof of claim has been filed for the lien or claim at issue.

3.   \_\_\_ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan.  *This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.*

   \_\_\_ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry \_\_\_\_.

I hereby certify that the foregoing is true and correct.

Dated: 02/14/23

/s/ Jill Phillips

_____

Debtor Counsel

**Local Bankruptcy Form M-1**
**Page 2**