Label Matrix for local noticing
0416-1
Case 21-13965
District of Maryland
Baltimore
Fri Mar  4 15:27:43 EST 2022

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BWW Law Group
6003 Executive Blvd
Suite 101
Rockville, MD 20852-3813

Becket & Lee
PO Box 3001
Malvern, PA 19355-0701

Cavalry Portfolio Serv
500 Summit Lake Drive
Ste. 400
Valhalla, NY 10595-2322

City of Baltimore
200 N. Holliday Street
Rm. 1, Attn: Bankruptcy
Baltimore, MD 21202-3618

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Department of Education/Nelnet
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501-2561

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

MECU of Baltimore, Inc.
Attn: Bankruptcy
One South St.
Baltimore, MD 21202-3298

Mayor and City Council of Baltimore
200 Holliday Street Room #1 Bankrup
Baltimore, MD 21202-3635

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pinnacle Credit Service
PO Box 10587
Greenville, SC 29603-0587

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Selene Finance
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042-4546

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Supervisor of Delin. Accts.
Abel Wolman Municipal Building
200 Holliday Street- Room #1 Bankruptcy
Baltimore, MD 21202-3635

The College Network
PO Box 35860
Las Vegas, NV 89133-5860

US Department of Education c/o Nelnet
121 S 13th St, Suite 201
Lincoln, NE 68508-1911

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
500 Technology Drive
Suite 500
Weldon Springs, MO 63304-2225

Wilmington Savings Fund Society
409 Silverside Rd.
Wilmington, DE 19809-1771

Wilmington savings fund society, FSB
9990 Richmond Ave. Suite 400 South Attn:
Houston,  TX 77042-4546

Gerard Richard Vetter
Gerard R. Vetter, Interim Chapter 13 Tru
300 E. Joppa Road
Suite 409
Towson, MD 21286-3005

Jeffrey M. Sirody
Jeffrey M. Sirody & Associates, P.A.
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208-1313

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208-1313

Jill L. Phillips
The Phillips Law Offices, LLC
6301 Ivy Lane Suite 700
Greenbelt, MD 20770-6330

Rhonda L. Wimbish
3514 White Chapel Rd.
Baltimore, MD 21215-7332

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
Revenue Admins Division
110 Carroll St.
Annapolis, MD 21411

(d)Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Discover Bank
6500 New Albany Rd.
New Albany, OH 43054

IRS
31 Hopkins Pl.
Rm. 1150
Baltimore, MD 21201

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)PNC Bank National Association
PO Box 94982
Cleveland, OH 44109

(d)State of Maryland
Comptroller of the Treasury
301 W. Preston Street, Room 410
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association, not

(u)Wilmington Savings Fund Society, FSB, d/b/

(u)American Express
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36