| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 21-13965<br>District of Maryland<br>Baltimore<br>Fri Mar  4 15:27:43 EST 2022 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| BWW Law Group<br>6003 Executive Blvd<br>Suite 101<br>Rockville, MD 20852-3813 | Becket & Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | Cavalry Portfolio Serv<br>500 Summit Lake Drive<br>Ste. 400<br>Valhalla, NY 10595-2322 |
| City of Baltimore<br>200 N. Holliday Street<br>Rm. 1, Attn: Bankruptcy<br>Baltimore, MD 21202-3618 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Department of Education/Nelnet<br>Attn: Bankruptcy<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| MECU of Baltimore, Inc.<br>Attn: Bankruptcy<br>One South St.<br>Baltimore, MD 21202-3298 | Mayor and City Council of Baltimore<br>200 Holliday Street Room #1 Bankrup<br>Baltimore, MD 21202-3635 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Pinnacle Credit Service<br>PO Box 10587<br>Greenville, SC 29603-0587 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Selene Finance<br>9990 Richmond Avenue<br>Suite 400 South<br>Houston, TX 77042-4546 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Supervisor of Delin. Accts.<br>Abel Wolman Municipal Building<br>200 Holliday Street- Room #1 Bankruptcy<br>Baltimore, MD 21202-3635 | The College Network<br>PO Box 35860<br>Las Vegas, NV 89133-5860 |
| US Department of Education c/o Nelnet<br>121 S 13th St, Suite 201<br>Lincoln, NE 68508-1911 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>500 Technology Drive<br>Suite 500<br>Weldon Springs, MO 63304-2225 |
| Wilmington Savings Fund Society<br>409 Silverside Rd.<br>Wilmington, DE 19809-1771 | Wilmington savings fund society, FSB<br>9990 Richmond Ave. Suite 400 South Attn:<br>Houston,  TX 77042-4546 | Gerard Richard Vetter<br>Gerard R. Vetter, Interim Chapter 13 Tru<br>300 E. Joppa Road<br>Suite 409<br>Towson, MD 21286-3005 |

| | | |
|---|---|---|
| Jeffrey M. Sirody<br>Jeffrey M. Sirody & Associates, P.A.<br>1777 Reisterstown Road<br>Suite 360E<br>Baltimore, MD 21208-1313 | Jeffrey M. Sirody<br>Jeffrey M. Sirody and Associates, P.A.<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208-1313 | Jill L. Phillips<br>The Phillips Law Offices, LLC<br>6301 Ivy Lane Suite 700<br>Greenbelt, MD 20770-6330 |
| Rhonda L. Wimbish<br>3514 White Chapel Rd.<br>Baltimore, MD 21215-7332 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>Revenue Admins Division<br>110 Carroll St.<br>Annapolis, MD 21411 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Discover Bank<br>6500 New Albany Rd.<br>New Albany, OH 43054 |
| IRS<br>31 Hopkins Pl.<br>Rm. 1150<br>Baltimore, MD 21201 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank National Association<br>PO Box 94982<br>Cleveland, OH 44109 |
| (d)State of Maryland<br>Comptroller of the Treasury<br>301 W. Preston Street, Room 410<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust National Association, not | (u)Wilmington Savings Fund Society, FSB, d/b/ | (u)American Express<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36