Entered: September 8th, 2023
Signed: September 8th, 2023
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–13965 – MMH**   Chapter: **13**

**Rhonda L. Wimbish**
Debtor

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on August 9, 2023, the Debtor was given leave to file an amended plan by September 5, 2023, or to dismiss or convert this case to another chapter. However, the Debtor has not done so.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of $ 0.00 and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – Jill L. Phillips
      Case Trustee – Brian A. Tucci

**End of Order**

15x11 (rev. 12/13/2012) – MarkRybczynski