# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21–13965 – MMH**   Chapter: **13**

**Rhonda L. Wimbish**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 9/8/23.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 9/8/23

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Mark Rybczynski
        410–962–4255

Form ntcdsm