**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Rhonda L. Wimbish |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the District of MARYLAND | |
| Case number 21-13965 | |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 9744

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees: Plan Review | 08/10/2021 | (5) | $350.00 |
| | POC | 08/23/2021 | | $600.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: POC (410A) | 08/23/2021 | (11) | $250.00 |
| 12 | Other. Specify: Plan Objection | 09/13/2021 | (12) | $550.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Rhonda L. Wimbish</u>
     Print Name    Middle Name    Last Name

Case number *(if known)* <u>21-13965</u>

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Katherine Loverde</u>
   Signature

Date <u>11/12/2021</u>

Print <u>Katherine Loverde</u>
    First Name    Middle Name    Last Name

Title <u>Authorized Agent</u>

Company <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address <u>10700 Abbott's Bridge Rd, Suite 170</u>
    Number    Street

<u>Duluth, GA 30097</u>
City    State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>katloverde@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on NOVEMBER 12 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RHONDA L. WIMBISH
3514 WHITE CHAPEL RD.
BALTIMORE, MD 21215

And via electronic mail to:

JEFFREY M. SIRODY
JEFFREY M. SIRODY AND ASSOCIATES, P.A.
1777 REISTERSTOWN ROAD
SUITE 360 E
BALTIMORE, MD 21208

GERARD RICHARD VETTER
INTERIM CHAPTER 13 TRUSTEE
300 E. JOPPA ROAD
SUITE 409
TOWSON, MD 21286

By: /s/ MICHAEL GOGAN